IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:19-CR-47 (CAR) |
| NOE VILLAFUERTE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is Defendant Noe Villafuerte's Unopposed Motion for Continuance [Doc. 60] of the trial of this case which is set to begin on December 6, 2021, in Athens, Georgia. On August 15, 2019, the Grand Jury returned an indictment charging Defendant Noe Villafuerte with one count of attempted online enticement of a minor. On August 21, 2019, Defendant retained counsel, pled not guilty at his arraignment, and was released on an unsecured bond pending resolution of this case. This case has been previously continued several times by the parties and under the Court's standing order extending jury trial moratorium due to the COVID-19 pandemic. The Government does not object to Defendant's current request.

In the instant Motion, defense counsel states that he is lead defense counsel in *State of Georgia v. Danny Nelson Hardin*, Case No. 19-CR-168 in the Superior Court of Banks County. Mr. Hardin is charged with several felonies including three counts of child molestation. The case is slated for a jury trial on November 29, 2021, and currently

1

occupies the number one position on the trial docket, is expected to last four to five days, and a plea is not anticipated. Thus, additional time is needed to prepare for trial. Having considered the matter, the Court finds it serves the ends of justice to grant the Government counsel adequate time to address this matter. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance of the pretrial conference and trial would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 60] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until January 31, 2022, a specially set trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 23rd day of November, 2021.

                                                S/ C. Ashley Royal_____
                                                C. ASHLEY ROYAL, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT